IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>v.<br><br>NORTHWEST MOTORSPORT, INC.,<br><br>Defendant**.** | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and/or national origin, and to provide appropriate relief to Charging Party Bayani Salcedo, a former employee of Defendant Northwest Motorsport, Inc., who was adversely affected by such practices.  Plaintiff United States Equal Employment Opportunity Commission  alleges that Defendant subjected Mr. Salcedo to a hostile work environment based on his sex, male, and/or national origin, Filipino, and then constructively discharged him.  Plaintiff seeks monetary and injunctive relief for Salcedo, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay, prejudgment interest, and reinstatement or front pay in lieu thereof.

**COMPLAINT-** Page 1 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

PARTIES

3.     Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or "the Commission"),  is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and 3.

4.     At all relevant times, Defendant Northwest Motorsport, Inc. ("Defendant") has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

STATEMENT OF CLAIMS

6.     More than thirty (30) days prior to the institution of this lawsuit, Charging Party Bayani Salcedo ("Salcedo") filed Charge No. 846-2010-30144  with the EEOC alleging violations of Title VII by Defendant.  The Commission has fulfilled all conditions precedent to

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

the institution of this lawsuit, including investigation, determination of reasonable cause, and conciliation.

7.     Since at least May 2009, Defendant engaged in unlawful employment practices of sex and/or national origin discrimination at its truck dealership in Puyallup, Washington, in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a), by subjecting Charging Party Salcedo to a hostile, abusive, intimidating, and offensive work environment and constructive discharge because of his sex, male, and/or national origin, Filipino.

8.     Mr. Salcedo was employed as an Internet Marketing Manager at the Puyallup location. Beginning in or about May 2009 and continuing through January 2010, Mr. Salcedo was regularly subjected to gender and ethnic slurs and comments by Defendant's General Manager.  The conduct by the General Manager consisted of both verbal and texting comments. His unlawful conduct included, *inter alia*, obscene references to Mr. Salcedo's genitalia, salacious sexual comments about what the General Manager would do to Mr. Salcedo's wife, demeaning sexual statements about what Mr. Salcedo should do to himself, derogatory jokes about Mr. Salcedo's Filipino ethnicity, and intimidating remarks such as wanting to "kill" Mr. Salcedo.

Mr. Salcedo complained about the General Manager's offensive and unwelcome conduct to one or more other managers, and one or more other managers witnessed or knew about his offensive conduct toward Mr. Salcedo, but Defendant failed to prevent or remedy the hostile work environment.  The General Manager's offensive conduct continued unabated, resulting in conditions so intolerable that Mr. Salcedo was forced to resign his position on or about January 30, 2010, thereby resulting in his constructive discharge.

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

9.      The effect of the practices complained of in paragraphs 7-8 above has been to deprive Mr. Salcedo of equal employment opportunities as an employee of Defendant because of his sex, male, and/or national origin, Filipino.

10.      The unlawful employment practices complained of in paragraphs 7-8 above were intentional.

11.      The unlawful employment practices complained of in paragraphs 7-8 above were done with malice or with reckless indifference to the federally protected rights of Mr. Salcedo.

<u>PRAYER FOR RELIEF</u>

Wherefore, the EEOC respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant and/or its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex and national origin  against its employees.

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make Bayani Salcedo whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices described in paragraphs 7-8 above, including but not limited to the reinstatement of Bayani Salcedo, or front pay compensation in lieu of reinstatement, in amounts to be determined at trial.

**COMPLAINT-** Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

D.      Order Defendant to make Bayani Salcedo whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-8 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order Defendant to make Bayani Salcedo whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7-8 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.      Order Defendant to pay Bayani Salcedo punitive damages for its malicious and reckless conduct described in paragraphs 7-8 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the EEOC its costs of this action.

<u>JURY TRIAL DEMAND</u>

The EEOC requests a jury trial on all questions of fact raised by its Complaint.

DATED this 16th day of August, 2012.


WILLIAM TAMAYO                                    P. DAVID LOPEZ
Regional Attorney                                      General Counsel


JOHN STANLEY                                         JAMES L. LEE
Supervisory Trial Attorney                         Deputy General Counsel


**COMPLAINT-** Page 5 of 6

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

1

2   REBECCA S. STITH                          GWENDOLYN Y. REAMS
    Senior Trial Attorney                     Associate General Counsel
3                                             Office of the General Counsel
                                              131 "M" Street NE
4                                             Washington, D.C. 20507

5   BY:  ____/s/ William Tamayo_____
6   EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
7   Seattle District Office
    909 First Avenue, Suite 400
8   Seattle, WA  98104-1061
    Telephone (206) 220-6915
9   Facsimile (206) 220-6911

10

11                          Attorneys for Plaintiff EEOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**